

April 6, 2020

*VIA ECF*
Judge Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 840
Central Islip, NY 11722-9014

     Re:    Lavan v. Parrish, et al
           Case No.: 2:19-cv-04496-ENV-SMG

Dear Judge Brown:

    I am counsel for the Plaintiff in the above-referenced matter.  I am in receipt of your Text Order scheduling a telephonic Pre-Motion Conference for Wednesday, April 15, 2020 at 2:00 p.m. At this time, I am respectfully requesting an adjournment as there has been a breakdown of the attorney-client relationship, and I will be filing a Motion for Leave to Withdrawal as Counsel to Ms. LaVan pursuant to the Court's Local Rules.

    Thank you.

                         Respectfully,

                         John M. Hanamirian

JMH/lmt

cc:    Patrick McCormick, Esquire (via ECF and e-mail)

**HANAMIRIAN LAW FIRM, P.C.**
40 E. MAIN STREET MOORESTOWN, NJ 08057     30 WALL STREET NEW YORK, NY 10005
O 856.793.9092   F 856.793.9121   W hanamirian.com