**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIE LAVAN, | Civil Action No.: 2:19-cv-04496 |
| Plaintiff, | U.S.D.J. Hon. Gary R. Brown |
| v. | |
| RICHARD PARRISH and DOLORES PARRISH, Individually, | |
| Defendants. | |

## NOTICE OF MOTION FOR LEAVE TO FILE AND MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, John M. Hanamirian, hereby moves the Court for an Order, pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Eastern District of New York and the New York Rules of Professional Conduct, Rule 1.16 (c)(1),(4), (6), (7), (10), and (13), to allow him to withdraw as counsel of record for Plaintiff, Julie LaVan.

The undersigned affirms that Plaintiff, Julie LaVan has been notified of and consented to John M. Hanamirian's withdrawal. This withdrawal will not prejudice Plaintiff since Ms. LaVan has requested to continue the prosecution of this matter *pro se*. Ms. LaVan has a law degree and practiced law in the federal and state courts in New Jersey. I do not know the status of her law license at this time.

Pursuant to Local Civil Rule 1.4 and Judiciary Law Section 475, the undersigned reserves the right to a charging lien on any monetary recoveries obtained by Plaintiff in the above-referenced matter. The undersigned had a hybrid hourly and contingent fee arrangement with Ms. LaVan that included credits for costs she incurred and a $10,000.00 she paid as a retainer.

The last settlement offer received in 2019 was for an amount that would have yielded an attorney's fee of $800,000.00. Ms. LaVan rejected the offer and chose to proceed to incur further attorney's fees, expert fees and costs. Ms. LaVan's claims are, for analysis purposes, all tied together whether she is a plaintiff or a defendant, and each was anticipated to conclude with the companies of which she is a co-owner acquiring her ownership interests. Those claims are presented in this Court, the Supreme Court of New York and the Superior Court of New Jersey. To date, the undersigned's outstanding actual time translates to attorneys' fees of $249,932.57. *See* Ruta & Soulios, LLP v. Litman & Litman, PC, 9 Misc. 3d 1123(A) (Sup. Ct. 2005) aff'd 27 AD3d 236 (1 Dept. 2006).

WHEREFORE, the undersigned counsel respectfully requests this Honorable Court enter an Order granting this Motion to Withdraw. A proposed form of order and Consent to Change Attorney are attached.

Dated: 4-13-20

Respectfully submitted,

John M. Hanamirian, Esquire
Hanamirian Law Firm, PC
40 E. Main Street
Moorestown, New Jersey 08057
(856) 793-9092
jmh@hanamirian.com