

April 17, 2020

*Via ECF*
Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 1217, Courtroom 13-D
Brooklyn, New York 11201

Re: **Telephone Conference scheduled for April 21, 2020 at 10:30 a.m.**
LaVan v. Parrish, et al
Case No.: 2:19-cv-04496

Dear Magistrate Judge Gold:

On April 15, 2020, counsel for the Parties had a telephonic Pre-Motion Conference with Judge Brown regarding pending Motions. Judge Brown conditionally granted my Motion for Leave to File Withdrawal of Appearance, subject to any objection by Ms. LaVan.

Judge Brown asked that I advise you whether Ms. LaVan intends to object for your calendaring. We have reached out to Ms. LaVan on two occasions requesting her position. Ms. LaVan has confirmed receiving our communications but to date, we have not received a response. As a result, we are moving forward on the assumption that the scheduled Telephone Conference will proceed.

Thank you.

Sincerely,

John M. Hanamirian

JMH/lmt

cc: Julie A. LaVan (via e-mail)
Patrick McCormick, Esquire (via ECF)