

April 20, 2020

*Via ECF*
Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 1217, Courtroom 13-D
Brooklyn, New York 11201

Re:   **Telephone Conference scheduled for April 21, 2020 at 10:30 a.m.**
      LaVan v. Parrish, et al
      Case No.: 2:19-cv-04496

Dear Magistrate Judge Gold:

Since my letter of Friday, April 17, 2020, Ms. LaVan reached out and advised that she does not object to the Motion for Leave to Withdrawal of Appearance filed April 13, 2020, and conditionally granted on April 15, 2020 by Judge Brown. As a result, I respectfully request that the Telephone Conference scheduled for tomorrow. April 21, 2020 at 10:30 a.m. be adjourned.

Thank you.

Respectfully,

John M. Hanamirian

JMH/lmt

cc:   Julie A. LaVan (via e-mail)
      Patrick McCormick, Esquire (via ECF)