May 4, 2020

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 06 2020 ★
LONG ISLAND OFFICE

RE: LaVan v. Parrish
Docket No.: 2:19-cv-04496

Dear Judge Brown,

    I am currently representing myself Pro Se in the above captioned matter. My contact information is as follows:

> Julie LaVan
> 271 W. Main Street
> Moorestown, New Jersey 08057
>
> 713-702-1060 (Phone)
> Jsnell1977@yahoo.com (email)

    I have submitted the Pro Se Registration and Consent for Electronic Service of Orders and Notices via regular mail.

    I am also seeking the transcript from the April 15, 2020 hearing.

    Thank you for your time.

Sincerely,

*Julie LaVan*
Julie LaVan

cc: Patrick McCormick, Esq.
    Scott Middleton, Esq.

RECEIVED
MAY 06 2020
EDNY PRO SE OFFICE



Julie Lavan

Proven. Practical. Powerful.

271 W. Main Street
Moorestown, NJ 08057

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722