

September 22, 2020

<u>Via ECF</u>
Judge Gary R. Brown
United States District Court
Eastern District New York
100 Federal Plaza
Courtroom 840
Central Islip, New York 11722-9014

**Re:** LaVan v. Parrish, et al.
Index No.: 2:19-cv-04496 (ENV)(SMG)

Dear Judge Brown:

This office represents Defendants Richard Parrish and Dolores Parrish (collectively, "Defendants") in the above referenced-action. We write in furtherance of Document 45 filed by the Court via ECF, wherein Your Honor granted our motion to dismiss the claims of plaintiff Julie LaVan ("Plaintiff"), with prejudice as to Dolores Parrish, and without prejudice as to Richard Parrish, and allowing 90 days for Plaintiff to amend her complaint as to Richard Parrish only.

Your Honor noted therein that, "Plaintiff is cautioned that failure to file an amended complaint within 90 days may result in the complaint being dismissed with prejudice, judgment being entered, and the case dismissed."

To date, the complaint has not been amended and more than 90 days have elapsed. Thus, Defendants respectfully request that judgment be entered, and the case be dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41, 54, 58, and/or any other necessary and relevant rules. Plaintiff is now estopped from amending her complaint, or making any argument against the dismissal of this action in its entirety. To the extent a conference or motion are deemed necessary, we are happy to further address these issues.

Thank you for your attention to this matter.

Respectfully submitted,

**CAMPOLO, MIDDLETON**
**& McCORMICK, LLP**

_____
By: Patrick McCormick, Esq.