| | |
|---|---|
| **From:** | Julie LaVan |
| **To:** | David Green; Patrick McCormick |
| **Subject:** | Letter to Judge Gary Brown |
| **Date:** | Tuesday, October 27, 2020 1:08:15 PM |
| **Attachments:** | October 26, 2020 Letter to Judge Brown .pdf |

[External Sender. Only click on links and attachments if trusted. ]

I was unable to e-file. I sent by mail.

*Certified Professional Mediator, Employment and Business*
*The ILR School at Cornell University*
*Phone: 856-669-7172*

October 26, 2020

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      **RE: LaVan v. Parrish**
        **Docket No.: 2:19-cv-04496**

Dear Judge Brown,

  As you know, I represent myself Pro-Se in the above-captioned matter. After consideration, it may be judicially economic to dismiss this matter in Your Court, hopefully, without prejudice. Certain aspect shall be adjudicated in New York Supreme Court, Suffolk County.

  Thank you for your time, consideration and attention. It is appreciated.

                 Sincerely,

                 Julie LaVan

cc: Patrick McCormick, Esq.
   Scott Middleton, Esq.