FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 2 8 2020   ★

LONG ISLAND OFFICE

October 26, 2020

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

**RE:  LaVan v. Parrish**
**Docket No.: 2:19-cv-04496**

Dear Judge Brown,

As you know, I represent myself Pro-Se in the above-captioned matter.  After consideration, it may be judicially economic to dismiss this matter in Your Court, hopefully, without prejudice.  Certain aspect shall be adjudicated in New York Supreme Court, Suffolk County.

Thank you for your time, consideration and attention.  It is appreciated.

Sincerely,

Julie LaVan

cc:  Patrick McCormick, Esq.
     Scott Middleton, Esq.

PROSENEF

# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:19-cv-04496-GRB-SMG

Lavan v. Parrish et al
Assigned to: Judge Gary R. Brown
Referred to: Magistrate Judge Steven M. Gold
Case in other court: New Jersey, 1:19-cv-12706
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 08/05/2019
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 09/25/2020 | | ORDER TO SHOW CAUSE re <u>45</u> :<br><br>On April 15, 2020, the Court held proceedings in this action wherein the Court granted defendants' motion to dismiss with prejudice the claims against defendant Dolores Parrish. In addition, the Court granted defendants' motion to dismiss the claims against defendant Richard Parrish without prejudice to plaintiff filing an amended complaint within 90 days. At the proceeding, plaintiff was cautioned that failure to file an amended complaint within 90 days may result in the complaint being dismissed with prejudice, judgment being entered and the case dismissed.<br><br>To date, plaintiff has not filed an amended complaint and more than 90 days have elapsed.<br><br>**Plaintiff is hereby ORDERED TO SHOW CAUSE in writing on ECF why this case should not be dismissed with prejudice for failure to prosecute by October 26, 2020. Failure to show cause by the above date will result in dismissal of the complaint with prejudice, judgment being entered, and the case dismissed.**<br><br>The Clerk of the Court is respectfully directed to mail a copy of this Order to Show Cause on plaintiff forthwith.<br><br>Ordered by Judge Gary R. Brown on 9/25/2020.c/ecf (Johnston, Linda) (Entered: 09/25/2020) |
| 09/25/2020 | | ORDER re <u>50</u> : In view of the Court's Order to Show Cause dated 9/25/2020, Defendants' letter application to dismiss is denied without prejudice to renewal after 10/26/2020. Ordered by Judge Gary R. Brown on 9/25/2020. c/ecf (Johnston, Linda) (Entered: 09/25/2020) |

LAVAN

Proven.   Practical.   Powerful.

271 W. Main Street
Moorestown, NJ 08057

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 28 2020   ★

LONG ISLAND OFFICE

SOUTH JERSEY NJ   080
26 OCT 2020   PM 5   L

Energy Awar...

/ USA

1 1722-443800

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

JSMS